UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(COLUMBIA DIVISION)

DARYUSH VALIZADEH, an individual, )
     Plaintiff, ) Case No. _____
)
v. ) Application/Affidavit for
JANE DOE, a/k/a "Susan," *et al.* ) *Pro Hac Vice* Admission
     Defendant. )
)

(1) Name.    JAY        MARSHALL        WOLMAN
                First             Middle             Last

(2) Residence. I reside in the following state: CONNECTICUT
     If a South Carolina resident, indicate months/years of residence: N/A

(3) Business Address. I am an attorney and practice law under the name of or as a member of the following firm:

     Firm name: RANDAZZA LEGAL GROUP, PLLC
     Mailing address: 100 PEARL ST., 14TH FLOOR    City/State/Zip HARTFORD, CT 06103
     Telephone number: (702) 420-2001
     Facsimile number: (305) 437-7662
     E-mail address: ECF@RANDAZZA.COM
     (Application will not be considered without an e-mail address to receive electronic notification.)

(4) Jurisdiction of this Court. I, by execution of this Application and Affidavit, consent and agree to comply with the applicable statutes, laws, and rules of the State of South Carolina, with all applicable federal statutes, laws, and rules, including Local Rules of the United States District Court for the District of South Carolina (particularly, Local Civil Rule 83.I.08 and/or Local Criminal Rule 57.I.08). I consent to the jurisdiction of the United States District Court for the District of South Carolina in all matters of attorney conduct.[1]

(5) Regular Practice of Law. I am a member in good standing of the bar of the highest court of the District of Columbia or the State of   CONNECTICUT   where I regularly practice law. **Attached is my certificate of good standing.**

(6) Additional Bar Membership. I have been admitted to practice before the following courts: (List all of the courts Applicant has been admitted to practice before: United States District Courts; United States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other states or the District of Columbia.) By signing this Affidavit, I certify that I am a member in good standing of each of the listed bars unless otherwise noted.

---

[1] This District 1 maintains a web site (www.scd.uscourts.gov) from which the federal and local rules of procedure and related materials may be obtained.

| Court | Date Admitted | Good Standing |
|---|---|---|
| *(see attached admissions page)* | | ☒ Yes ☐ No |
| | | ☐ Yes ☐ No |
| | | ☐ Yes ☐ No |

(7) Pending Disciplinary Matters. Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures? ............................................... ☐ Yes ☒ No
(If "yes," give particulars, such as jurisdiction, court, date, grounds. Information to comply with this paragraph may be provided *in camera* but that fact shall be revealed below.)

_____

(8) Curtailment of Prior *Pro Hac Vice* Admissions. Have you ever had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked?
☐ Yes ☒ No
(If "yes," give particulars, such as date, court, docket number, judge, circumstances; attach a copy of any order of denial or revocation.)

_____

(9) Sanctions. Have you ever had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked, or received a public reprimand or greater sanction?
☐ Yes ☒ No
(If "yes," give particulars, e.g., judicial or administrative body, date of suspension, and reinstatement.)

_____

(10) Criminal Sanctions. Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States?
☐ Yes ☒ No
(If "yes," give particulars, such as date, court, judge, circumstances, and ultimate disposition.)

_____

(11) Present and Previous *Pro Hac Vice* in this Court. Have you, within the last ten (10) years, filed an application to appear *pro hac vice* in the United States District Court for the District of South Carolina or another court in the state of South Carolina?
☐ Yes ☒ No
(If "yes," give court, case name, docket number, and status of litigation, year of application, local counsel of record in each case, and state whether application is pending or was granted.) Attach additional pages if necessary.

_____

(12) Designated Local Counsel. Local counsel of record associated with Applicant in this case is:

Page 2 of 3

| | |
|---|---|
| Attorney Name: | J. PAUL PORTER |
| Firm Name: | J. LEWIS CROMER & ASSOCIATES |
| Street Address or Post Office Box: | P.O. BOX 11675 |
| City, State, and Zip Code: | COLUMBIA, SC 29211 |
| Telephone Number: | (803) 799-9530 |
| E-Mail Address: | pporter@jlewiscromerlaw.com |

I understand that local counsel of record is required to: (1) personally sign each pleading, motion, discovery procedure, or other document served or filed in this Court; (2) accept service of all pleadings and notices as required on behalf of all counsel for the party represented; (3) be present at all pretrial conferences, hearings and trials, unless excused by the Court; (4) be prepared to participate actively as may be necessary; and (5) assure compliance with Local Civil Rules 83.I.04, 83.I.05, and 83.I.06 or Local Criminal Rules 57.I.04, 57.I.05, and 57.I.06 as appropriate. Local counsel of record may attend discovery proceedings.

(13) Associated Counsel. In addition to local counsel designated above, the following counsel are also associated with the undersigned in this case.

_____
_____

(14) Application Fee. I affirm that the application fee of two hundred and fifty dollars ($250) has been paid in accordance with Local Civil Rule 83.I.05 or Local Criminal Rule 57.I.05 or paid herewith.

(15) Electronic Notification. By submitting this application, I consent to electronic notification.

(16) Represented Party/Parties. I seek to represent the following party/parties:
DARYUSH VALIZADEH

(17) I certify that I have read Local Civil Rule 30.04 regarding the conduct of depositions.

_____
Signature of Applicant

Sworn to and subscribed before me
this __8__ day of __August__, 20_16_.

__Judy P. Ferreira__
A Notary Public
of the State of __Connecticut__
My Commission Expires:

JUDY P. FERREIRA
NOTARY PUBLIC
STATE OF CONNECTICUT
MY COMM. EXP. 12-31-18

## Jay M. Wolman, Esq.

### Federal Court Admissions

| Title of Court | Date of Admission | Good Standing |
| --- | --- | --- |
| Supreme Court of the United States | 06/20/05 | Yes |
| U.S. Court of Appeals for the First Circuit | 05/4/09 | Yes |
| U.S. Court of Appeals for the Second Circuit | 11/14/12 | Yes |
| U.S. District Court for the District of Connecticut | 01/14/13 | Yes |
| U.S. District Court for the District of Massachusetts | 11/16/06 | Yes |
| U.S. District Court for the District of Columbia | 11/3/03 | Yes |
| U.S. District Court for the Eastern District of New York | 01/8/16 | Yes |
| U.S. District Court for the Southern District of New York | 01/8/16 | Yes |

### State Bar Admissions

| State | Bar No. | Date of Admission | Good Standing |
| --- | --- | --- | --- |
| State of Connecticut | 433791 | 09/28/2012 | Yes |
| Commonwealth of Massachusetts | 666053 | 07/17/2006 | Yes |
| State of New York | 3907052 | 03/28/2001 | Yes |
| District of Columbia | 473756 | 09/14/2001 | Yes |

# State of Connecticut

# Supreme Court

I, **Paul S. Hartan** Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

Do hereby certify, that, in the Superior Court at **New Britain** on the **28th** day of **September, 2012**

**Jay Marshall Wolman**

of

**West Hartford, CT**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.



In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day **August 9, 2016**

*Paul S. Hartan*
Chief Clerk